428

**In re Robert FILEPP, Alexander Bidwell, Francis C. Young, Allan M. Wolf, Duane Tiemann, Mel Bellar, Robert D. Cohen, James A. Galambos, Kenneth H. Appleman, and Sam Meo.**

No. 03–1198.

United States Court of Appeals, Federal Circuit.

DECIDED: Feb. 24, 2003.

*ORDER*

MICHEL, Circuit Judge.

Upon consideration of the parties' joint motion to remand the case to the United States Patent and Trademark Office for further prosecution,

IT IS ORDERED THAT:

The motion is granted.

**Anita E. OHLAND, Petitioner,**

v.

**DEPARTMENT OF THE TREASURY, Respondent.**

No. 03–3039.

United States Court of Appeals, Federal Circuit.

DECIDED: Feb. 24, 2003.

ORDER

The petitioner having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.